# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-2038

_____

Pat Hall,

        Appellant,

v.

Hormel Foods, Corp.,

        Appellee.

\*
\*
\*
\*
\*  Appeal from the United States
\*  District Court for the
\*  District of Nebraska.
\*
\*  [UNPUBLISHED]
\*

_____

Submitted:  April 4, 2001
Filed:  April 9, 2001

_____

Before HANSEN, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

_____

PER CURIAM.

Pat Hall appeals from the district court's[1] adverse grant of summary judgment in his action brought under the Age Discrimination in Employment Act, the Americans with Disabilities Act, the Nebraska Fair Employment Practices Act, and the Nebraska Act Prohibiting Unjust Discrimination in Employment Because of Age. Upon our de novo review, see Widoe v. Dist. #111 Otoe County Sch., 147 F.3d 726, 728 (8th Cir.

---

[1]The Honorable William G. Cambridge, United States District Judge for the District of Nebraska, now retired.

1998), we conclude the district court's judgment was proper for the reasons stated in its thorough opinion. Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.